IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**NAKEISHA SPEIGHT**                                                      **PLAINTIFF**

VS.                          CASE NO. 3:14CV00136 JTR

**CAROLYN W. COLVIN, Acting Commissioner,**
    **Social Security Administration**                      **DEFENDANT**

## JUDGMENT

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 2nd day of July, 2015.

                                                         UNITED STATES MAGISTRATE JUDGE